UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

------------------------------------------------------------------X
                                                                                  :

MALIBU MEDIA, LLC,                 :

                                         :      Civil Action No. <u>2:14-cv-805</u>

                  Plaintiff,           :

                  vs.                    :

JOHN DOE subscriber assigned IP address   :
74.135.56.74,                                      :

                  Defendant.      :
------------------------------------------------------------------X

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Respectfully submitted,

**YMF, INC.: The Law Office of Yousef M. Faroniya**

/s/ *Yousef M. Faroniya*
Yousef M Faroniya
84 S. 4th St.
Columbus, Ohio 43215
Tel.: (614) 360-1855
Fax: (614) 859-5016
E-mail: yousef@ymfincorporated.com
*Attorneys for Plaintiff*

1