**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:14-cv-805 |
| | : | |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| STEPHEN BECHTEL, | : | Magistrate Judge Mark R. Abel |
| | : | |
| Defendant. | : | |

**STIPULATION OF ADDITIONAL TIME**
**TO RESPOND TO COMPLAINT**

Pursuant to S.D. Ohio Local Civ. R. 6.1(a), Plaintiff Malibu Media, LLC and

Defendant Stephen Bechtel stipulate that Defendant shall have an additional twenty-

one (21) days, through and including November 25, 2014, to move or plead in response

to Plaintiff's Complaint.  Defendant has taken no prior stipulated extensions.

In support of this motion, Defendant further states that:

1.      The instant action was filed on July 9, 2014.

2.      On October 6, 2014, Plaintiff filed an amended complaint naming Stephen

Bechtel as the Defendant in this case.

3.      On information and belief, Defendant may have been served on or around

October 14, 2014.

4.      Defendant requests an extension of time of twenty-one (21) days, until

November 25, 2014, in which to file a response, in order to attempt to resolve this matter

through negotiated settlement.

5.      Defendant believes there is a reasonable likelihood the parties will come

to an amicable resolution of this matter, and this Motion is not being made for purposes of delay.

WHEREFORE, Defendant Stephen Bechtel moves this Court to extend his time in which to answer the Complaint for another twenty-one (21) days, up to and including November 25, 2014.

Respectfully submitted,

/s/ Samir Dahman
Samir B. Dahman  (0082647)
Dahman Law, LLC
Two Miranova Place, Suite 500
Columbus, OH 43215
Tel:  614.636.1250
Fax: 614.633.3366
Email: sdahman@dahmanlaw.com

*Trial Attorney for Defendant Stephen Bechtel*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on November 3, 2014, I filed the foregoing *Stipulation of Additional Time to Respond to Complaint* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Samir B. Dahman
Samir B. Dahman